AMERCOAT CORPORATION *v.* TRANSAMERICA INSURANCE
COMPANY ET AL.

The plaintiff's motion to dismiss the appeal of the defendants-third-party plaintiffs Edmund Pfotzer and E. John Pfotzer from the Superior Court in Fairfield County at Stamford is granted.

*Harry M. Lessin,* for the appellee (plaintiff).

*E. John Pfotzer,* pro se, an appellant (defendant-third-party plaintiff).

No appearance for the named defendant.

Argued April 2—decided April 2, 1974

STATE OF CONNECTICUT *v.* EDWARD MALLEY

The defendant's "Motion to Vacate Order of Dismissal" dated February 12, 1974, in the appeal from the Superior Court in New Haven County at Waterbury is granted provided the brief of the defendant is filed on or before April 15, 1974.

*J. Daniel Sagarin,* for the appellant (defendant).

*Francis M. McDonald, Jr.,* state's attorney, for the plaintiff (state).

Argued April 2—decided April 2, 1974

ALEXANDER SUTHERLAND, JR., ET AL. *v.* ZONING BOARD
OF APPEALS OF THE TOWN OF NEW CANAAN ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Jerroll R. Silverberg,* in support of the petition.

*Robert K. Lesser* and *Daniel D. McDonald,* in opposition.